IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Kevin A. Oliver | : |
| | : |
| | :    Case No.: 17-16967 |
| | : |
| Debtor(s) | :    Chapter 13 |

## CERTIFICATE OF NO RESPONSE

     I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation filed on February 26, 2018 at docket number 13.

Dated: March 20, 2018                      /s/ Brad J. Sadek, Esquire
                                                       Brad J. Sadek, Esquire
                                                       Sadek and Cooper
                                                       "The Philadelphia Building"
                                                       1315 Walnut Street, #502
                                                       Philadelphia, PA 19107
                                                       215-545-0008