## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-16967(ELF) |
| KEVIN A. OLIVER | : | CHAPTER 13 |
| | : | |
| Debtor | : | HEARING SCHEDULED FOR |
| | : | JUNE 5, 2018 AT 9:30 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

## CERTIFICATE OF SERVICE

Lavin, O'Neil, Cedrone & DiSipio, by the undersigned, hereby certifies that a copy of Ally Financial Inc.'s Motion for Relief from the Automatic Stay and Co-Debtor Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and 11 U.S.C. §1301(c) and Waiver of 14 Day Stay of Effectiveness of Order and a copy of the Notice of Motion, Response Deadline and Hearing Date with respect to said Motion in the above-captioned bankruptcy case were served via first class mail on May 7, 2018, upon the following individuals:

LAVIN, O'NEIL, CEDRONE & DiSIPIO

DATED:  May 7, 2018            By:   /s/ Regina Cohen
                                      Regina Cohen, Esquire
                                      Attorneys for Ally Financial Inc.

## **SERVICE LIST**

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
(Via ECF Only)

William C. Miller
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
(Via ECF Only)

United States Trustee
Office of the U. S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(Via ECF Only)

Kevin A. Oliver
122 Branford Road
Darby, PA 19023

Shakeya D. Oliver
122 Branford Road
Darby, PA 19023