United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kevin A. Oliver
    Debtor

Case No. 17-16967-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 2     Date Rcvd: Nov 14, 2018
                        Form ID: pdf900     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.
```
db            +Kevin A. Oliver,    122 Branford Road,    Darby, PA 19023-1303
13997887      +1st Card Service,    377 Hoes Lane,    Piscataway, NJ 08854-4138
14103202      +Ally Financial Inc.,    c/o REGINA COHEN,    190 North Independence Mall West,
               6th & Race Streets, Suite 500,    Philadelphia, PA 19106-1554
13997889      +Beneficial Mutual Savings,    Beneficial Mutual Savings,    530 Walnut St., Attn: Bankruptcy,
               Philadelphia, PA 19106-3624
13997890      +Central Financial Control,    Attn: Bankruptcy,    Po Box 66044,    Anaheim, CA 92816-6044
13997895      +KML Law Group P.C.,    Suite 5000- BNY Independance Center,    701 Market Street,
               Philadelphia, PA 19106-1538
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Nov 15 2018 03:56:00     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2018 03:55:19     Pennsylvania Department of Revenue,
               Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2018 03:55:53     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13997888      +E-mail/Text: ally@ebn.phinsolutions.com Nov 15 2018 03:54:57     Ally Financial,
               Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
14004246       E-mail/Text: ally@ebn.phinsolutions.com Nov 15 2018 03:54:57     Ally Financial,
               PO Box 130424,    Roseville MN 55113-0004
13997891      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 15 2018 03:59:41     Credit One Bank Na,
               Po Box 98873,    Las Vegas, NV 89193-8873
13997892      +E-mail/Text: cio.bncmail@irs.gov Nov 15 2018 03:55:04     Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
13997893      +E-mail/Text: vivian@interstatecredit.net Nov 15 2018 03:55:52     Intrst Ctc,
               21 West Fornance St,    Norristown, PA 19401-3300
13997896      +E-mail/Text: blegal@phfa.org Nov 15 2018 03:55:37     Pa Housing Finance Age,    Po Box 8029,
               Harrisburg, PA 17105-8029
14061229      +E-mail/Text: blegal@phfa.org Nov 15 2018 03:55:38     Pennsylvania Housing Finance Agency,
               211 North Front Street,    Harrisburg, PA 17101-1406
13997898      +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 03:59:06     Synchrony Bank/ JC Penneys,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
13997899      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 15 2018 03:54:54
               Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
               Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Ally Financial Inc.,    P.O. Box 130424,    Roseville, MN 55113-0004
13997894*     +Intrst Ctc,    21 West Fornance St,    Norristown, PA 19401-3300
13997897     ##+Stellar Recovery Inc,    Attn: Bankruptcy,    4500 Salisbury Road Ste 105,
               Jackonville, FL 32216-8035
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                                   Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: John                Page 2 of 2              Date Rcvd: Nov 14, 2018
                              Form ID: pdf900           Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2018 at the address(es) listed below:

```
              BRAD J. SADEK    on behalf of Debtor Kevin A. Oliver brad@sadeklaw.com,  bradsadek@gmail.com
              LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              REGINA   COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN A OLIVER                    Chapter 13

Debtor            Bankruptcy No. 17-16967-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: November 14, 2018**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-


Debtor:
KEVIN A OLIVER

122 BRANFORD ROAD

DARBY, PA 19023